**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANTHONY ROSS,

                       Petitioner,                    16 **CIVIL** 09202 (PMH)

        -against-                              **JUDGMENT**

TINA M. STANFORD.,

                       Respondent.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 31, 2026, Petitioner's Objections to the

Report are overruled, and the Court adopts the Report in its entirety, except modifies it only to

the extent to state that no certificate of appealability shall issue. Accordingly, the case is closed.

**Dated:**  New York, New York
       March 31, 2026

                                    **TAMMI M. HELLWIG**

                                    _____
                                     **Clerk of Court**

                **BY:**

                                    _____
                                     **Deputy Clerk**