UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY ROSS,

Petitioner,

-against-

TINA M. STANFORD,

Respondent.

**ORDER**

16-CV-09202 (PMH)

PHILIP M. HALPERN, United States District Judge:

On March 31, 2026, the Court entered judgment denying the habeas petition of Anthony Ross ("Petitioner") and denying a certificate of appealability. (Doc. 43). On April 30, 2026, Petitioner filed a notice of appeal. (Doc. 44). He paid an appeal filing fee of $605 and moved the Second Circuit for a certificate of appealability. On October 15, 2026, the Second Circuit denied the motion for a certificate of appealability. (Doc. 45). The Circuit noted in its order that Petitioner paid the filing fee for this appeal and because no "fee was required unless a certificate of appealability was granted, the payer of the filing fee is entitled to a refund." (*Id.*). The Circuit instructed that "[a] motion to refund the filing fee may be filed in the district court." (*Id.*).

On October 20, 2026, Petitioner moved this Court for a refund of the appeal filing fee. (Doc. 46, Doc. 47). That motion is GRANTED.

Accordingly, Petitioner Anthony Ross is entitled to a refund in the amount of $605 representing the appeal filing fee. Petitioner is instructed to contact the Finance Department for the form to provide an address in which to send the check.

The Clerk of Court is respectfully requested to terminate the pending motion (Doc. 46).

**SO ORDERED.**

Dated: White Plains, New York
October 29, 2026

PHILIP M. HALPERN
United States District Judge